BEFORE THE THIRD DIVISION, MAY 18, 1959

No. 63081.—Valley Knitting Co., Inc., and H. P. Lambert Co., Inc., of La. *v.* United States, protest 322685–K/14973 (New Orleans).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63082.—H. P. Lambert Co., Inc. *v.* United States, protest 322686–K/14995 (New Orleans).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63083.—Arthur J. Humphreys *v.* United States, protest 220296–K (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of fresh or frozen boneless pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiff was sustained.